IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA<br>Plaintiff,<br><br>        v.<br><br>MIGUEL ROURA ORTIZ,<br>Defendant | CRIMINAL NO. 00- 043(PG) |

**MOTION FOR CONTINUANCE OF TRIAL DATE**

**TO THE HONORABLE COURT:**

    COMES NOW the defendant **MIGUEL ROURA ORTIZ**, through the undersigned counsel, the Federal Public Defender, and before this Honorable Court respectfully alleges and prays as follows:

    1. The above-captioned case is scheduled for a revocation hearing before Your Honor on November 5, 2004 at 9:15 am. This case entails an alleged violation of defendant's conditions of supervised release.

    2. Counsel for the defendant submitted a Motion Requesting Discovery Pursuant to Rule 32.1 of the Federal Rules of Criminal Procedure on September 28th. The Motion was granted by the Court on October 28th.

    3. Counsel for the defendant is still awaiting a response to his request from the probation officer with regards to his discovery request. As of this date, counsel has not received any information requested, and obviously has been unable to review the same with the defendant.

    4. Consequently, it is respectfully requested that a continuance of the revocation hearing

CRIMINAL NO. 04-238 (CCC)                                                                                    PAGE 2

date previously indicated above be granted. To wit: an extension of at least fifteen (15) days, or whatever brief adjournment this Honorable Court deems appropriate.

**WHEREFORE**, for the reasons set forth above, it is respectfully requested that the Court grant defendant's request for an adjournment of the trial date for fifteen (15) days, or any amount of time that this Honorable Court deems proper and just.

**RESPECTFULLY SUBMITTED.**

In San Juan, Puerto Rico, on this 3rd day of November, 2004.

> **JOSEPH C. LAWS, JR.**
> **FEDERAL PUBLIC DEFENDER**
> S/ FRANCISCO VALCARCEL-FUSTER
> Assistant Federal Public Defender
> USDC-PR 220108
> 241 F. D. Roosevelt Avenue
> San Juan, PR  00918
> Phone No.  (787) 281-4922
> Fax No. (787) 281-4899

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on November 3rd, 2004 I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to counsel for the government, U.S. Attorney H.S. García (Attn. Assistant U.S. Attorney Judith Vargas), and the U.S. Probation Office (Damarys Tellado).  At San Juan, Puerto Rico, this 3rd day of November, 2004.

> **JOSEPH C. LAWS, JR**
> **Federal Public Defender**
> **District of Puerto Rico**
>
> S/FRANCISCO VALCARCEL-FUSTER
> USDC-PR #220108
> Assistant Federal Public Defender
> 241 Franklin D. Roosevelt Avenue
> Hato Rey, PR  00918-2441
> Tel. (787) 281-4922 / Fax (787) 281-4899
> E-mail : *francisco_valcarcel@fd.org*