**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF PUERTO RICO**

**UNITED STATES OF AMERICA**

    vs                                                 00-CR-043-38 (PG)

**MIGUEL ANGEL ROURA-ORTIZ**

* * * * * * * * * *

**SUPPLEMENT TO MOTION FILED**
**ON JULY 23, 2004**

**TO THE HONORABLE JUAN M. PEREZ-GIMENEZ**
**U.S. DISTRICT JUDGE**
**DISTRICT OF PUERTO RICO**

    **COMES NOW, DAMARYS I. TELLADO, U.S. PROBATION OFFICER** of this Honorable Court, and respectfully informs as follows:

    1. That on August 27, 2004, Mr. Roura-Ortíz, admitted to the U.S. Pretrial Office that in addition to the drug cases mentioned in Motion Notifying Supervised Release Violations filed on July 23, 2004, he had pending drug charges which dated back to January 2004.

    2. That said charges are for violation of Article 401 of the Controlled Substance Law and are being seen at the Superior Court in Ponce, Puerto Rico under criminal case numbers JSC 2004 305 and JSC 2004 252.

    3. That probable cause was found and a final hearing is scheduled to be held on December 14, 2004.

    4. That criminal cases JSC 2003 G318, G319 and G320, originally mentioned in motion filed on July 23, 2004, were to have been held on October 28, 2004, but were rescheduled for December 14, 2004 as well.

**WHEREFORE,** it is respectfully requested that, in view of the aforementioned violations incurred by Mr. Roura-Ortiz, it is respectfully requested that this information be made part of the motion filed on July 23, 2004.

In San Juan, Puerto Rico, this 3rd day of November 2004.

                                            Respectfully submitted,

                                            s/Damarys I. Tellado
                                            U.S. Probation Officer
                                            Federal Office Building
                                            150 Carlos Chardón Ave. Rm 400
                                            San Juan, P.R. 00918-1741
                                            (787)841-3212/ (787)766-5596
                                            (787) 766-5945  Fax
                                            damarys_tellado@prp.uscourts.gov

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on November 3, 2004, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Assistant U.S. Attorney Sonia I. Torres-Pabón and to Assistant Federal Public Defender, Francisco Valcarcel-Fuster.

    s/Damarys I. Tellado
    U.S. Probation Officer
    Federal Office Building
    150 Carlos Chardón Ave. Rm 400
    San Juan, P.R. 00918-1741
    (787)841-3212/ (787)766-5596
    (787) 766-5945  Fax
    damarys_tellado@prp.uscourts.gov

DT/

Case 3:00-cr-00043-PG    Document 1265    Filed 11/03/2004    Page 4 of 4