IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA<br>Plaintiff,<br><br>v.<br><br>MIGUEL ROURA ORTIZ,<br>Defendant | CRIMINAL NO. 00- 043(PG) |

**INFORMATIVE MOTION**

**TO THE HONORABLE COURT:**

COMES NOW the defendant **MIGUEL ROURA ORTIZ**, through the undersigned counsel, the Federal Public Defender, and respectfully informs this Honorable Court as follows:

1. The above-captioned case is scheduled for a revocation hearing before Your Honor on November 5, 2004 at 9:15 am. This case entails an alleged violation of defendant's conditions of supervised release.

2. Counsel for the defendant submitted a Motion Requesting Discovery Pursuant to Rule 32.1 of the Federal Rules of Criminal Procedure on September 28th . The Motion was granted by the Court on October 28th . Counsel for the defendant is still awaiting a response to his request from the probation officer with regards to his discovery request. As of this date, counsel has not received any information requested, and obviously has been unable to review the same with the defendant.

3. A Motion for Continuance of the Revocation Hearing date was filed yesterday, November 3rd. Notwithstanding the probation officer's failure to provide the requested material (in spite of the Court's order granting the request), and upon further consultation with Mr. Roura, the undersigned

**CRIMINAL NO. 04-238 (CCC)**                                                                 **PAGE 2**

respectfully informs this Honorable Court that he would be **ready to proceed tomorrow** with the revocation hearing. We would only wish to be heard as to sentencing recommendations upon a revocation of defendant's supervised release.

**RESPECTFULLY SUBMITTED.**

In San Juan, Puerto Rico, on this 4th day of November, 2004.

          **JOSEPH C. LAWS, JR.**
          **FEDERAL PUBLIC DEFENDER**
          S/ FRANCISCO VALCARCEL-FUSTER
          Assistant Federal Public Defender
          USDC-PR 220108
          241 F. D. Roosevelt Avenue
          San Juan, PR 00918
          Phone No. (787) 281-4922
          Fax No. (787) 281-4899

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on November 4th, 2004 I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to counsel for the government, U.S. Attorney H.S. García (Attn. Assistant U.S. Attorney Judith Vargas), and the U.S. Probation Office (Damarys Tellado). At San Juan, Puerto Rico, this 4th day of November, 2004.

          **JOSEPH C. LAWS, JR**
          **Federal Public Defender**
          **District of Puerto Rico**

          S/FRANCISCO VALCARCEL-FUSTER
          USDC-PR #220108
          Assistant Federal Public Defender
          241 Franklin D. Roosevelt Avenue
          Hato Rey, PR 00918-2441
          Tel. (787) 281-4922 / Fax (787) 281-4899
          E-mail : *francisco_valcarcel@fd.org*