Starting Time: 2:15 p.m.
Ending Time: 2:38 p.m.

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

MINUTES OF PROCEEDINGS                DATE: November 8, 2004

HONORABLE JUAN M. PEREZ-GIMENEZ, U.S. DISTRICT JUDGE

COURTROOM DEPUTY: Sarah V. Ramón     Case No. CR.  00-0043-38 (PG)

COURT REPORTER: Joyce Del Valle       USPO Damarys Tellado

INTERPRETER: Lauren García
=============================================================
United States of America                 ATTORNEYS :
                                            AUSA Timothy Henwood

Plaintiff

vs.

Miguel Roura-Ortiz                        Francisco Valcárcel, FPD
=============================================================

CASE IS CALLED FOR A REVOCATION HEARING.  Counsel for defendant informs that his client is not challenging violations #2 and #3 as so mentioned in the motion filed by the probation officer (see docket #1238).  Therefore, defendant is waiving the revocation hearing and requests to be sentenced accordingly.

Government's counsel informs that he has no objection to the sentence recommendation as it so appears in the pre-sentence report.

After hearing the parties, the Court finds that the defendant has violated his conditions of supervised release term imposed on October 24, 2002 and it is hereby revoked.

CR.00-0043-38 (PG)                                                    Page -2-

The Court imposes the following sentence:

1.  A term of imprisonment of eighteen (18) months.

2. A supervised release term of one (1) year is imposed.

The defendant is advised of his right to appeal.


                                        s/Sarah V. Ramón
                                        Sarah V. Ramón, Deputy Clerk