## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **UNITED STATES OF AMERICA** | * |
| Vs. | *    00-CR-00043-038 (PG) |
| **ROURA-ORTIZ, MIGUEL ANGEL** | * |

### ORDER

By the Order of the Honorable Juan M. Pérez-Giménez, United States District Court Judge, the pre-sentence investigation report is hereby returned to the U.S. Probation Office.

IT IS SO ORDERED.

San Juan, Puerto Rico, this November 16, 2004.

                                                       **FRANCES RIOS DE MORAN**
                                                       Clerk of the Court

                                                       By: Janis Palma
                                                       Interpreter/Deputy Clerk

**ACKNOWLEDGMENT:**

I hereby acknowledge receipt of the pre-sentence investigation report

on _____

Eustaquio Babilonia
Chief U.S. Probation Officer

By: _____