AO 442 (Rev. 5/93) Warrant for Arrest

# UNITED STATES DISTRICT COURT

FOR THE _____ District of _____ PUERTO RICO

UNITED STATES OF AMERICA

V.

**MIGUEL ANGEL ROURA-ORTIZ**

19349-069

**WARRANT FOR ARREST**

Case   00-CR-43 (38) (PG)

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED _____ **MIGUEL ANGEL ROURA-ORTIZ**
                                                        Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment   ☐ Information   ☐ Complain   **X** Order of court   Violation   **X** Probation Violation Petition

charging him or her     (brief description of offense)

Violation of conditions of release.
**ORDER TO SHOW CAUSE set for AUGUST 13, 2004 at at 9:30 A.M. before Judge JUAN M. PEREZ-GIMENEZ**, as to why his supervised release should not be revoked.

in violation of _____ United States Code, Section(s) _____

JUAN M. PEREZ-GIMENEZ                              U.S. District Court Judge
Name of Issuing Officer                                      Title of Issuing Officer

                                                                          July 30, 2004 at Hato Rey, Puerto Rico
Signature of Issuing Officer                                Date and Location

Bail fixed at $ _____                   by  Frances Ríos de Morán
                                                                Name of Judicial Officer

                                                    by: S/ Sulma López-Defilló
                                                          Deputy Clerk

---

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant _____

Yauco, PR

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| 8-25-04 | VICTOR CALDERON | By: [signature] |
| DATE OF ARREST | TFA PRFTF | |
| 8-26-04 | | |

## THE FOLLOWING IS FURNISHED FOR INFORMATION ONLY:

DEFENDANT'S NAME:  MIGUEL ANGEL ROURA-ORTIZ

ALIAS: _____

LAST KNOWN RESIDENCE:  CENTRO CORRECCIONAL LAS CUCHARAS, PONCE, PUERTO RICO

LAST KNOWN _____

PLACE OF BIRTH: _____

DATE OF BIRTH: _____

SOCIAL SECURITY NUMBER:  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

HEIGHT: _____  WEIGHT: _____

SEX: _____  RACE: _____

HAIR: _____  EYES: _____

SCARS, TATTOOS, OTHER DISTINGUISHING MARKS: _____

_____

FBI NUMBER: _____

COMPLETE DESCRIPTION OF AUTO: _____

INVESTIGATIVE AGENCY AND ADDRESS: _____