AO 442   (Rev. 10/03) Warrant for Arrest

# UNITED STATES DISTRICT COURT

___JUDICIAL___ District of ___PUERTO RICO___

UNITED STATES OF AMERICA

V.

MIGUEL ÁNGEL ROURA-ORTIZ

**WARRANT FOR ARREST**

Case Number: 00-CR-043-38 (PG)

RECEIVED AND FILED
2007 MAR -5 PM 5 58
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest ___MIGUEL ÁNGEL ROURA-ORTIZ___
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment  ☐ Information  ☐ Complaint  ☐ Order of court  ☐ Probation Violation Petition  ☒ Supervised Release Violation Petition  ☐ Violation Notice

charging him or her with   (brief description of offense)

Defendant has failed to comply with the conditions of his supervision term.

ONCE ARRESTED, DEFENDANT SHALL BE BROUGHT BEFORE MAGISTRATE JUDGE ON DUTY.

in violation of Title _____ United States Code, Section(s) _____

JUAN M. PÉREZ-GIMÉNEZ
Name of Issuing Officer

UNITED STATES DISTRICT JUDGE
Title of Issuing Officer

s/ Juan M. Pérez-Giménez
Signature of Issuing Officer

January 30, 2007 at San Juan, Puerto Rico
Date and Location

---

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at

| DATE RECEIVED 1-30-07 | NAME AND TITLE OF ARRESTING OFFICER Freddy Baez Losado T.F.A. U.S. Marshal | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST 2/16/07 | | |