AO 245D    (Rev. 12/03) Judgment in a Criminal Case for Revocations
Sheet 1

# UNITED STATES DISTRICT COURT

__JUDICIAL__    District of    __PUERTO RICO__

UNITED STATES OF AMERICA
V.

**JUDGMENT IN A CRIMINAL CASE**
(For **Revocation** of Probation or Supervised Release)

**Miguel Angel ROURA-ORTIZ**

Case Number:    00 CR 00043-38 (PG)
USM Number:    19349-069

AFPD-Francisco VALCARCEL
Defendant's Attorney

**THE DEFENDANT:**

X  admitted guilt to violation of condition(s)  #3 & 7 and Special Cond. #1  of the term of supervision.

☐  was found in violation of condition(s) _____ after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| Standard Cond. #3 | Failure to report to out-patient treatment as instructed by the U. S. Probation Officer and follow instructions of the probation officer. | November 27, 2006 |
| Standard Cond. #7 | Failure to refrain from the use and possession of controlled substances. | January 12, 2007 |
| Special Condition #1 | Failure to participate in a substance abuse treatment program. | January 13, 2007 |

The defendant is sentenced as provided in pages 2 through __2__ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐  The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

February 21, 2007
Date of Imposition of Judgment

s/Juan M. Pérez-Giménez
Signature of Judge

JUAN M. PEREZ-GIMENEZ, U. S. District Judge
Name and Title of Judge

February 28, 2007
Date

A/cs: 2USM, 1 MDC
S/cs: USM
E-mail: PTS, PO & FC
Dft thru USM

Judgment — Page   2   of   2

DEFENDANT:    Miguel Angel ROURA-ORTIZ
CASE NUMBER:    00 CR 00043-38 (PG)

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of : **six (6) months. No other term of supervision shall be imposed.**

X   The court makes the following recommendations to the Bureau of Prisons:
     That the BOP be aware of the needs of this defendant for drug rehabilitation treatment and psychological/psychiatric treatment and that the same be provided to him.

X   The defendant is remanded to the custody of the United States Marshal.

☐   The defendant shall surrender to the United States Marshal for this district:
    ☐ at _____ ☐ a.m. ☐ p.m. on _____ .
    ☐ as notified by the United States Marshal.

☐   The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
    ☐ before 2 p.m. on _____ .
    ☐ as notified by the United States Marshal.
    ☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

_____

_____

Defendant delivered on _____ to _____

a _____ with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
     DEPUTY UNITED STATES MARSHAL