UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

**UNITED STATES OF AMERICA**      \*
                                  \*
Vs.                               \*
                                  \*       00-CR-043-38 (PG)
**ROURA-ORTIZ, Miguel**           \*
-----------------------------------\*

ORDER

By the Order of the Honorable Juan M. Pérez-Giménez, Senior United States District Court Judge, the pre-sentence investigation report is hereby returned to the U.S. Probation Office.

IT IS SO ORDERED.

San Juan, Puerto Rico, this March 9, 2007.

**FRANCES RIOS DE MORAN**
Clerk of the Court

By: Felix Toledo
Interpreter/Deputy Clerk

**ACKNOWLEDGMENT:**

I hereby acknowledge receipt of the
pre-sentence investigation report

on  03-15-07

Eustaquio Babilonia
Chief U.S. Probation Officer

By: _BMB_